**[J-75-2017]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 37 WAP 2016 |
| | : | |
| Appellee | : | Appeal from the Order of the Superior |
| | : | Court entered June 10, 2016 at No. |
| | : | 1337 WDA 2015, reversing the Order of |
| v. | : | the Court of Common Pleas of |
| | : | Allegheny County entered August 26, |
| | : | 2015 at No. CP-02-CR-0009803-2011. |
| LAKISHA MARIE WARD-GREEN, | : | |
| | : | SUBMITTED:  August 23, 2017 |
| Appellant | : | |

## ORDER

**PER CURIAM**

**AND NOW,** this 7th day of December, 2017, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED**.

The Applications for Oral Argument and Application to Supplement Request for Oral Argument are denied as moot.